E. E. GUERRA, Appellant, v. CITY NATIONAL BANK OF CORPUS CHRISTI, Appellee.

No. 8372.

Court of Civil Appeals of Texas. San Antonio. Feb. 26, 1930.

Rehearing Denied March 26, 1930.

Seabury, George & Taylor, of Brownsville, and Jas. G. Cook, of Sinton, for appellant.

E. B. Ward, of Corpus Christi, for appellee.

FLY, C. J.

The same issues are presented in this case as in D. Guerra v. City National Bank of Corpus Christi (Tex. Civ. App.) 26 S.W.(2d) 354, this day reversed and the cause dismissed from the district court, and the opinion in the other case will be applied to this and the same order given herein.

Judgment reversed, and cause dismissed from the district court.